James L. SHARPE, as Administrator of the Estate of Bobby Charles Sharpe, Deceased, Petitioner v. SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH; Oliver Norman Evans, M.D., and Patrick H. McDonaugh, M.D., Respondents.

(366 S. E. (2d) 12)

Supreme Court

Jan. 25, 1988.

ORDER

The Writ of Certiorari from the decision of the Court of Appeals in *Sharpe v. South Carolina Dept. of Mental Health*, 292 S. C. 11, 354 S. E. (2d) 778 (Ct. App. 1987), issued on July 2, 1987, is dismissed as improvidently granted. *See*, S. C. Supreme Court Rules of Practice, Rule 55, Section 3 (1987); *Sharpe v. South Carolina Dept. of Mental Health*, 292 S. C. at 15-21, 354 S. E. (2d) at 780-783 (the concurring opinion of Bell, J.).